# Exhibit F

US00D812532S

# (12) United States Design Patent
## Jeong

(10) Patent No.: **US D812,532 S**
(45) Date of Patent: ✱✱ **Mar. 13, 2018**

(54) **HOOD PANEL OF CAR**

(71) Applicant: **GM GLOBAL TECHNOLOGY OPERATIONS LLC**, Detroit, MI (US)

(72) Inventor: **Hyunkil Jeong**, Incheon (KR)

(73) Assignee: **GM GLOBAL TECHNOLOGY OPERATIONS LLC**, Detroit, MI (US)

(✱✱) Term: **15 Years**

(21) Appl. No.: **29/572,505**

(22) Filed: **Jul. 28, 2016**

(30) **Foreign Application Priority Data**

Feb. 12, 2016 (KR) .................. 30-2016-0006601

(51) **LOC (11) Cl.** ............................................. **12-08**
(52) **U.S. Cl.**
     USPC ....................................... **D12/173**
(58) **Field of Classification Search**
     USPC ............................ D12/173, 90–92, 181, 196
     CPC ............................................... B60R 2021/343
     See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D627,281 S | * | 11/2010 | Yoshida | D12/173 |
| D651,144 S | * | 12/2011 | Okumoto | D12/173 |
| D659,612 S | * | 5/2012 | Matsumoto | D12/173 |
| D662,013 S | * | 6/2012 | Hakamata | D12/173 |
| D683,286 S | * | 5/2013 | Fuchigami | D12/173 |
| D718,686 S | * | 12/2014 | Hammoud | D12/173 |
| D722,928 S | * | 2/2015 | George | D12/173 |
| D746,740 S | * | 1/2016 | Wolff | D12/173 |
| D748,545 S | * | 2/2016 | Behmer | D12/173 |
| D765,568 S | * | 9/2016 | Frascella | D12/173 |
| D777,622 S | * | 1/2017 | Kozub | D12/173 |
| D778,792 S | * | 2/2017 | Kim | D12/173 |
| D779,398 S | * | 2/2017 | Platto | D12/173 |

* cited by examiner

*Primary Examiner* — John Windmuller
*Assistant Examiner* — Melvin L Davis
(74) *Attorney, Agent, or Firm* — Browdy and Neimark, PLLC

(57) **CLAIM**

The ornamental design for a hood panel of car, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of new design for a hood panel of car as shown in the drawings;
FIG. **2** is a front elevation view thereof;
FIG. **3** is a rear elevation view thereof;
FIG. **4** is a left side elevation view thereof;
FIG. **5** is a right side elevation view thereof;
FIG. **6** is a top plan view thereof; and,
FIG. **7** is a bottom plan view thereof.

**1 Claim, 4 Drawing Sheets**




Fig. 1



**Fig. 2**



**Fig. 3**



**U.S. Patent**     **Mar. 13, 2018**     **Sheet 3 of 4**     **US D812,532 S**

**Fig. 4**



**Fig. 5**



Fig. 6



Fig. 7

