# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

LKQ Corporation, et al.

                           Plaintiff,

v.                                                        Case No.: 1:20−cv−02753

                                                              Honorable Thomas M. Durkin

General Motors Company, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 21, 2020:

      MINUTE entry before the Honorable Thomas M. Durkin:The parties are to file a joint status report by 7/23/2020. See Judge Durkin's website (http://www.ilnd.uscourts.gov/home/JudgeInfo.aspx) for status report content. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.