## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LKQ CORPORATION, and | ) | Case No. 1:20-cv-2753 |
| KEYSTONE AUTOMOTIVE | ) | |
| INDUSTRIES, INC. | ) | Honorable Thomas M. Durkin |
| | ) | |
| Plaintiffs, | ) | Magistrate Jeffrey Cole |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| | ) | |
| GENERAL MOTORS COMPANY, | ) | |
| GM GLOBAL TECHNOLOGY | ) | |
| OPERATIONS, LLC, and | ) | |
| GENERAL MOTORS, LLC | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS' CORRECTED NOTICE OF MOTION TO RESOLVE ESI DISPUTE

PLEASE TAKE NOTICE that on Thursday, February 11, 2021 at 8:30 a.m. or as soon

thereafter as counsel may be heard, Plaintiffs LKQ Corporation and Keystone Automotive

Industries, Inc., by their undersigned counsel, shall appear telephonically before Magistrate Judge

Jeffrey Cole, and shall then present Plaintiffs' Motion to Resolve ESI Dispute.

Dated: February 5, 2021

Respectfully submitted,

*/s/ Barry F. Irwin, P.C.*
Barry F. Irwin, P.C.
Michael P. Bregenzer
Manon L. Burns
**IRWIN IP LLC**
222 South Riverside Plaza
Suite 2350
Chicago, IL  60606
(312) 667-6080
birwin@irwinip.com
mbregenzer@irwinip.com
mburns@irwinip.com

*Attorneys for Plaintiffs LKQ Corporation & Keystone Automotive Industries, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was served via ECF on February 5, 2021, upon all counsel of record.

*/s/ Manon L. Burns*
Manon L. Burns