**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| LKQ CORPORATION, and<br>KEYSTONE AUTOMOTIVE<br>INDUSTRIES, INC. | )<br>)<br>) | Case No. 1:20-cv-2753 |
| | ) | Honorable Jeffrey Cole |
| Plaintiffs, | )<br>)<br>) | |
| v. | )<br>)<br>) | |
| GENERAL MOTORS COMPANY,<br>GM GLOBAL TECHNOLOGY<br>OPERATIONS, LLC, and<br>GENERAL MOTORS, LLC | )<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

**STIPULATED AMENDMENT TO THE COURT'S PROTECIVE ORDER**

Plaintiffs' LKQ Corporation and Keystone Automotive Industries, Inc. (collectively "LKQ") and GM Global Technology Operations, LLC, and General Motors, LLC (collectively "GM") (together "the Parties") jointly agree and stipulate that Paragraph 3 of the Protective Order (Dkt. No. 63) in this case is hereby amended to reflect that non-parties are also covered by this paragraph and may produce and designate documents under the protection of this Protective Order.

Dated: October 19, 2021

Respectfully submitted,

/s/ Michael P. Bregenzer
Barry F. Irwin, P.C.
Michael P. Bregenzer
Robyn Bowland
IRWIN IP LLC
180 N Wacker Dr, Ste 400
Chicago, Illinois 60606
(312) 667-6080
birwin@irwinip.com
mbregenzer@irwinip.com
rbowland@irwinip.com

*Attorneys for Plaintiffs LKQ Corporation & Keystone Automotive Industries, Inc.*

/s/ Joseph A. Herriges
John C. Adkisson (pro hac vice)
adkisson@fr.com
Joseph A. Herriges (pro hac vice)
herriges@fr.com
Conrad A. Gosen (pro hac vice)
gosen@fr.com
Brianna L. Chamberlin (pro hac vice)
chamberlin@fr.com
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South 6th Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Steven McMahon Zeller (IL 6238416)
szeller@dykema.com
DYKEMA GOSSETT PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
Telephone: (312) 627-2272

*Attorneys for Defendants General Motors Company, GM Global Technology Operations, LLC and General Motors, LLC*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served via ECF on October 19, 2021 upon all counsel of record.

*/s/Nicholas K. Wheeler*
Nicholas K. Wheeler
