**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| LKQ CORPORATION, and KEYSTONE AUTOMOTIVE INDUSTRIES, INC. | ) ) ) ) | Case No. 1:20-cv-2753 |
| | ) | Honorable Jeffrey Cole |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | |
| GENERAL MOTORS COMPANY, GM GLOBAL TECHNOLOGY OPERATIONS, LLC, and GENERAL MOTORS, LLC | ) ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO TAKE
AN ADDITIONAL RULE 30(b)(6) DEPOSITION**

Plaintiffs LKQ Corporation and Keystone Automotive Industries, Inc. ("LKQ") respectfully move this Court for leave to take an additional Rule 30(b)(6) deposition of GM relating to (1) GM's disclosures of its designs to the public prior to the critical date, and (2) its Requests for Quotes and vendor practices. LKQ's proposed topics seeks relevant, non-cumulative information that can only be obtained from GM.

The parties understand their obligations to meet and confer in good faith under Local Rule 37.2. Accordingly, on November 1, 2021, at 3:00 p.m. Central time[1], the parties met and conferred in a good faith attempt to compromise with reference to serving an additional Rule 30(b)(6) Notice, but a compromise could not be reached.

---

[1] Michael Bregenzer and Daniel Zhang participated on behalf of LKQ, and Conrad Gosen participated on behalf of GM.

1

WHEREFORE, for the reasons set forth above and in the accompanying memorandum, LKQ respectfully requests that this Court grant its Motion for leave to take an additional Rule 30(b)(6) deposition of GM.

Dated: November 3, 2021

Respectfully submitted,

*/s/ Michael P. Bregenzer*
Barry F. Irwin, P.C.
Michael P. Bregenzer
Robyn Bowland
**IRWIN IP LLC**
180 N Wacker Dr, Ste 400
Chicago, Illinois 60606
(312) 667-6080
birwin@irwinip.com
mbregenzer@irwinip.com
rbowland@irwinip.com

*Attorneys for Plaintiffs LKQ Corporation & Keystone Automotive Industries, Inc.*

**CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing document was served via ECF on November 3, 2021 upon all counsel of record.

*/s/Daniel Zhang*
Daniel Zhang
