## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LKQ CORPORATION, and KEYSTONE AUTOMOTIVE INDUSTRIES, INC., | |
| Plaintiffs, | |
| v. | Civil Action No. 1:20-cv-02753 |
| GENERAL MOTORS COMPANY, and GM GLOBAL TECHNOLOGY OPERATIONS, LLC, | The Honorable Jeffrey Cole |
| Defendants. | |

### <u>DECLARATION OF ANGELA CALIGIURI</u>

I, Angela Caligiuri, declare as follows:

1.      I am an in-house attorney for General Motors, and my title is Counsel.  I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2.      I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Leave to Take an Additional Rule 30(b)(6) Deposition (ECF No. 176).

3.      On June 25, 2021, I instructed Amy Bowers (CT Lead MFD Buildout, CCA Purchasing) to identify the supplier of the 2017 Chevy Trax hood, as well as any previous suppliers, and to provide a copy of any requests for quotation from the inception of the program and any quotations received in response.

4.      One June 28, 2021, Ms. Bowers confirmed that the current and only supplier for the 2017 Chevy Trax hood was General Motors (San Luis Potosi facility).  At my direction, Ms. Bowers searched GM's supplier records but did not locate any copies of original quotes or responses with GM's facility.

5.      On June 25, 2021, I instructed Raquel Skinner (Service Buyer #92 – JV/Allied, Global Purchasing and Supply Chain) to identify the supplier of the 2018 Buick Regal hood, as well as any previous suppliers, and to provide a copy of any requests for quotation from the inception of the program and any quotations received in response.

6.      On June 25, 2021, Ms. Skinner confirmed that the current supplier for the 2018 Buick Regal hood was Stellantis (formerly Opel).  Ms. Skinner further confirmed that the 2018 Buick Regal hood had not been contracted with any other suppliers.

7.      On June 25, 2021, I instructed Michelle Goff (Senior Buyer, GM Service Parts – Exterior Chrome Plated Plastic, Mirrors & Active Aero Parts) to identify the supplier of the 2017 Cadillac XT5 lower grille, as well as any previous suppliers, and to provide a copy of any requests for quotation from the inception of the program and any quotations received in response.

8.      On June 25, 2021, Ms. Goff confirmed that the current supplier for the 2017 Cadillac XT5 lower grille was Lacks Trim Systems.  Ms. Goff further confirmed that Lacks Trim Systems had been the sole supplier of the 2017 Cadillac XT5 lower grille.  Ms. Goff was unable to locate requests for quotation or responses thereto with Lacks Trim Systems related to this part.

9.      On September 1, 2021, I instructed Jessica Rudoni (Buyer, Chrome Plated Plastics) to search for requests for quotation and related documents exchanged with Lacks Trim Systems related to the 2017 Cadillac XT5 lower grille.

10.      On September 1, 2021, Ms. Rudoni confirmed she was unable to locate requests for quotation or responses thereto with Lacks Trim Systems related to this part.

11.     On June 25, 2021, I instructed Michael Valicevic (Buyer – CCA) to identify the supplier for the 2019 Camaro grille bezel, as well as any previous suppliers, and to provide copies of any requests for quotation and responses from the inception of the program.

12.     On June 30, 2021, Mr. Valicevic confirmed that Norplas was the current supplier for the 2019 Camaro grille bezel and that there had been no previous suppliers.  Mr. Valicevic further confirmed he was searching electronic records, filing cabinets, and Iron Mountain archives for requests for quotation and other quotes related to the 2019 Camaro grille bezel.

13.     On August 6, 2021, Mr. Valicevic confirmed that he was unable to locate any records related to the original requests for quotation for the 2019 Camaro grille bezel in GM filing cabinets or in off-site Iron Mountain archives.

14.     I have received and reviewed LKQ's Fifth Rule 30(b)(6) Notice of Deposition of Defendants.

15.     Based on my review of the topics contained in LKQ's fifth notice, and my knowledge of the various personnel at GM responsible for the areas at issue in LKQ's fifth notice, I estimate that GM would require between seven and twelve separate designees to provide corporate testimony on Topics 1-23 from this notice.

16.     For example, Topic 7 from LKQ's notice calls for testimony related to pricing procedures, document storage locations, and document storage responsibilities, each of which alone would require a separate witness.

17.     As another example, Topic 13 from LKQ's notice calls for testimony regarding "any and all" communications between GM's design teams and sourcing teams for the XT5 lower grille, which would require multiple witnesses to address.

18.     As another example, Topic 17 calls for GM's instructions to vendors regarding the retention period for NDAs signed by consumers, which would require multiple witnesses to testify regarding different vendors, timeframes, and product lines.

Dated: November 5, 2021                         */s/ Angela Caligiuri*_____
                                                Angela Caligiuri

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was served via CM/ECF on November 8, 2021 upon all counsel of record.

*/s/ Conrad A. Gosen*
Conrad A. Gosen