**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| LKQ CORPORATION, and KEYSTONE AUTOMOTIVE INDUSTRIES, INC. | ) ) ) | Case No. 1:20-cv-2753 |
| | ) | Honorable Thomas M. Durkin |
| Plaintiffs, | ) ) ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) ) | |
| GENERAL MOTORS COMPANY, GM GLOBAL TECHNOLOGY OPERATIONS, LLC, and GENERAL MOTORS, LLC | ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO WITHDRAW THOSE PORTIONS OF ITS PENDING MOTIONS TO SUPPLEMENT ITS INITIAL INVALIDITY CONTENTIONS PERTAINING TO SECTION 112 (DKT. NOS. 84 AND 160)**

On April 14, 2021, LKQ filed its Opposed Motion for Leave to Supplement Its Initial Invalidity Contentions. Dkt. No. 84. This motion sought leave for LKQ to amend its initial invalidity contentions to add an argument that GM's U.S. Design Patent No. D824,825 was invalid as indefinite pursuant to 35 U.S.C. § 112.

On October 15, 2021, LKQ filed its Partially Opposed Motion For Leave To Supplement Its Invalidity Contentions. Dkt. No. 160. One of the supplements LKQ sought to make via that motion was to clarify and provide further detail regarding its assertions that GM's U.S. Design Patent Nos. D786,743; D840,285; and D824,825 were each invalid as indefinite pursuant to 35 U.S.C. § 112.

Both of these motions are still pending before this Court.

1

Opening expert reports are due on February 2, 2022, and LKQ has been working diligently on its expert reports related to invalidity. After analyzing its invalidity contentions as part of this process, and in an effort to focus its case, LKQ has decided to forgo its §112 arguments. Accordingly, and in order to minimize this Court's workload, LKQ now seeks to withdraw those portions of its motions seeking leave to amend its invalidity contentions that addressed LKQ's §112 arguments.[1]

In that regard, since the only issue raised in LKQ's April 14, 2021 Opposed Motion for Leave to Supplement Its Initial Invalidity Contentions was this §112 argument and LKQ no longer wishes seeks to proceed on this defense, this Court can deny LKQ's Motion, Dkt. No. 84, as moot. As to LKQ's October 15, 2021 Partially Opposed Motion For Leave To Supplement Its Invalidity Contentions, Dkt. No. 160, LKQ's withdrawal of its §112 claims means that the only disputed issue this Court needs to decide is whether LKQ should be permitted leave to amend its initial invalidity contentions to include the claim that the GM's US Design Patent No. D824,825 is invalid as obvious or anticipated by European Design No. 002250803-0001. Dkt. No. 161 at 9-11. GM has consented to the other amendments LKQ seeks to make via its Partially Opposed Motion For Leave To Supplement Its Invalidity Contentions. Dkt. No. 160.

---

[1] LKQ met and conferred with GM on December 17, 2021, to discuss, among other things, whether GM would oppose LKQ's efforts to withdraw its §112 arguments. GM agreed not to oppose LKQ's withdrawal of those portions of its motions seeking to leave to amend its initial invalidity contentions §112 arguments.

Case: 1:20-cv-02753 Document #: 200 Filed: 12/17/21 Page 3 of 4 PageID #:4165

3

Dated: December 17, 2021 Respectfully submitted,

/s/ Michael P. Bregenzer

Barry F. Irwin, P.C.
Michael P. Bregenzer
Robyn Bowland
Nicholas Wheeler
IRWIN IP LLC
180 N Wacker Dr, Ste 400
Chicago, Illinois 60606
(312) 667-6080
birwin@irwinip.com
mbregenzer@irwinip.com
rbowland@irwinip.com
nwheeler@irwinip.com
*Attorneys for Plaintiffs LKQ Corporation & Keystone Automotive Industries, Inc.*

## **CERTIFICATE OF SERVICE**

  I certify that a copy of the foregoing document was served via ECF on December 17, 2021, upon all counsel of record.

*/s/ Daniel Zhang*
Daniel Zhang
