**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LKQ CORPORATION, and KEYSTONE AUTOMOTIVE INDUSTRIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL MOTORS COMPANY, GM GLOBAL TECHNOLOGY OPERATIONS, LLC, and GENERAL MOTORS LLC <br><br> Defendants. | Civil Action No. 1:20-cv-02753 <br><br> The Honorable Thomas M. Durkin |

## DECLARATION OF CONRAD A. GOSEN

I, Conrad A. Gosen, declare as follows:

1. I am an attorney at the law firm of Fish & Richardson P.C., counsel of record in this action for Defendants General Motors Company and GM Global Technology Operations, LLC, as well as General Motors LLC (collectively, "GM"). I am a member of the Bar of the State of Minnesota and have been admitted *pro hac vice* in this case. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. I submit this declaration in support of Defendants' Response to LKQ's Motion for Sanctions. (ECF No. 202).

3. Attached as **Exhibit 1** is a true and correct copy of correspondence sent to LKQ's counsel dated December 30, 2021.

4. Attached as **Exhibit 2** is a true and correct copy of correspondence sent to LKQ's counsel dated October 8, 2021.

1

2

5.    Attached as **Exhibit 3** is a true and correct copy of testimony from the deposition of Angela Caligiuri on December 20, 2021.

6.    Attached as **Exhibit 4** is a true and correct copy of correspondence sent to LKQ's counsel dated November 2, 2021.

Dated:  February 7, 2022                       */s/ Conrad A. Gosen*
                                                     Conrad A. Gosen

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing document was served via CM/ECF on February 7, 2022 upon all counsel of record.

                                          */s/ Conrad A. Gosen*
                                          Conrad A. Gosen
                                          gosen@fr.com