# EXHIBIT 3

ATTORNEYS' EYES ONLY

Page 1

1      IN THE UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF ILLINOIS
2                EASTERN DIVISION
3   LKQ CORPORATION and KEYSTONE      )
    AUTOMOTIVE INDUSTRIES, INC.,      )
4                                     )
              Plaintiffs,             )
5                                     )
          vs.                         )  No. 1:20-cv-2753
6                                     )
    GENERAL MOTORS COMPANY,           )
7   GM GLOBAL TECHNOLOGY              )
    OPERATIONS, LLC, and GENERAL      )
8   MOTORS, LLC,                      )
                                      )
9             Defendants.             )
10          The videotaped videoconference deposition of
11  ANGELA CALIGIURI, called by the Plaintiff for
12  examination, pursuant to notice and pursuant to the
13  Federal Rules of Civil Procedure for the United States
14  District Courts pertaining to the taking of depositions
15  via Zoom, taken before Nicole Marie DeBartolo, Certified
16  Shorthand Reporter and Registered Professional Reporter,
17  with the witness located at 3093 Myddleton Drive, Troy,
18  Michigan, commencing at 8:00 a.m., Central Standard
19  Time, on December 20, 2021.
20
21
22
23
24

ATTORNEYS' EYES ONLY

Page 34

1  certain how it is divided.
2  BY MR. BREGENZER:
3      Q    Who was the buyer for the lower grill of the
4  2017 through 2019 Cadillac XT5 at the time GM was
5  sourcing the lower grill from Lacks?
6      A    My understanding is that the buyer's name was
7  Zarko Ilijevski, and that's Z-A-R-K-O,
8  I-L-I-J-E-V-S-K-I.
9      Q    And is Mr. Ilijevski no longer employed by GM?
10     A    Correct.
11     Q    Do you know when Mr. Ilijevski left GM's
12 employ?
13     A    From our investigation, GM investigation, it
14 appears he left in March of 2019.
15     Q    With respect to the grill bezels for the 2019
16 Chevrolet Camaro, who was the buyer at the time that GM
17 was communicating with Magna with respect to the
18 manufacture of those parts?
19     A    The buyer's name was Nnaemeka Amazu, and
20 that's N-N-A-E-M-E-K-A, Amazu, A-M-A-Z-U.
21     Q    Is that Mr. Amazu or Ms. Amazu?
22     A    From my understanding, it is a mister.
23     Q    Is Mr. Amazu still employed by GM?
24     A    No.

ATTORNEYS' EYES ONLY

Page 54

1 BY MR. BREGENZER:
2     Q   Were any automatic deletions put on hold by
3 GM's IT group in response to the litigation hold memo
4 sent in this case?
5     MR. GOSEN: Objection, outside the scope.
6     You can answer, if you know.
7     THE WITNESS: Yes.
8 BY MR. BREGENZER:
9     Q   Who put automatic deletions on hold in
10 connection with the litigation hold memo sent in this
11 case?
12     MR. GOSEN: Objection, outside the scope.
13     THE WITNESS: I don't know.
14 BY MR. BREGENZER:
15     Q   Do you know what specific automatic deletions
16 were put on hold?
17     MR. GOSEN: Objection, outside the scope.
18     THE WITNESS: From my understanding, if you are
19 under a litigation hold and you were to leave the
20 company, then your computer is imaged. So that would be
21 something that is put on hold due to the lit hold.
22 BY MR. BREGENZER:
23     Q   Do you know whether Mr. Ilijevski's computer
24 was scanned in connection with the litigation hold in

ATTORNEYS' EYES ONLY

Page 55

```
1    this case?
2         A    Yes.
3         Q    Was it?
4         A    No.
5         Q    Do you know whether Mr. Amazu's computer was
6    scanned in connection with the litigation hold in this
7    case?
8         A    Yes.
9         Q    And was it?
10        A    No.
11        Q    Did the litigation hold memo sent in
12   connection with this lawsuit specifically call out RFQs
13   and RFQ responses?
14        MR. GOSEN:  Objection, calls for attorney-client
15   privileged information and work product, and I instruct
16   the witness not to answer.
17   BY MR. BREGENZER:
18        Q    Are you going to follow Mr. Gosen's
19   instruction?
20        A    Yes.
21        Q    Did any of the recipients of the litigation
22   hold memo in this case work in the purchasing group?
23        MR. GOSEN:  Objection, outside the scope.
24        THE WITNESS:  I'm not certain.
```