# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LKQ CORPORATION, and<br>KEYSTONE AUTOMOTIVE<br>INDUSTRIES, INC. | )<br>)<br>) | Case No. 1:20-cv-2753<br><br>Honorable Thomas M. Durkin |
| Plaintiffs, | )<br>) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| GENERAL MOTORS COMPANY,<br>GM GLOBAL TECHNOLOGY<br>OPERATIONS, LLC, and<br>GENERAL MOTORS, LLC | )<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

## DECLARATION OF MICHAEL P. BREGENZER
## IN SUPPORT OF LKQ'S REPLY IN SUPPORT OF ITS
## MOTION FOR SANCTIONS AGAINST GM

I, Michael P. Bregenzer, declare as follows:

1. The facts set forth herein are based on my personal knowledge and are true and correct to the best of my knowledge, belief, recollection, and understanding. All statements made on information and belief are believed to be true.

2. I am an attorney at the law firm of Irwin IP LLC, counsel of record in this action for Plaintiffs LKQ Corporation and Keystone Automotive Industries, Inc. ("LKQ"), and I am willing and able to testify if needed.

3. I submit this declaration in support of LKQ's Reply in Support of its Motion for Sanctions Against GM.

4. On October 29, 2021, GM produced 87 additional Opel documents.

5. Attached as **Exhibit A** is a true and correct copy of an excerpt of Steven J. Reygaert's December 14, 2021 deposition transcript. Mr. Reygaert was the Rule 30(b)(6) designee of Lacks Trim Systems.

6. On December 17, 2021, GM produced three documents, including a purchase contract with Lacks Trim Systems.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on February 17, 2022, in Grand Rapids, Michigan.

*/s/ Michael P. Bregenzer*
Michael P. Bregenzer

## CERTIFICATE OF SERVICE

      I, a non-attorney, certify that a copy of the foregoing document was served via ECF on February 17, 2022, upon all counsel of record.

                                                    */s/ Gloria Rios*
                                                    Gloria Rios, Paralegal