**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| LKQ CORPORATION, and KEYSTONE AUTOMOTIVE INDUSTRIES, INC. | ) ) ) | Case No. 1:20-cv-2753 |
| | ) | Honorable Thomas M. Durkin |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | |
| GENERAL MOTORS COMPANY, GM GLOBAL TECHNOLOGY OPERATIONS, LLC, and GENERAL MOTORS, LLC | ) ) ) ) ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

Plaintiffs' LKQ Corporation and Keystone Automotive Industries, Inc. (collectively "LKQ") and GM Global Technology Operations, LLC, and General Motors, LLC (collectively "GM") (together "the Parties") hereby provide their joint status report in accord with this Court's June 2, 2022 minute entry (Dkt. No. 243):

On July 26, 2022, the parties conducted a mediation presided over by Judge James Holderman. The parties did not reach a settlement agreement. Accordingly, the parties request (a) that this Court rule on LKQ's fully briefed Motion for Sanctions (Dkt. Nos. 202 and 203); and (b) that the Court set a status conference shortly after the ruling on said motion to discuss whether summary judgment briefing will be necessary and if so, a schedule for same.

Dated: August 1, 2022                        Respectfully submitted,

| | |
|---|---|
| /s/ Barry F. Irwin<br>Barry F. Irwin, P.C.<br>Michael P. Bregenzer<br>Robyn Bowland<br>Nicholas Wheeler<br>Andrew C. Himebaugh<br>Daniel Zhang<br>IRWIN IP LLC<br>150 N. Wacker Drive, Ste 700<br>Chicago, IL 60606<br>Telephone: (312) 667-6080<br>birwin@irwinip.com<br>mbregenzer@irwinip.com<br>rbowland@irwinip.com<br>nwheeler@irwinip.com<br>ahimebaugh@irwinip.com<br>dzhang@irwinip.com<br><br>*Attorneys for Plaintiffs LKQ Corporation & Keystone Automotive Industries, Inc.* | /s/ Conrad A. Gosen<br>John C. Adkisson (*pro hac vice*)<br>adkisson@fr.com<br>Joseph A. Herriges (*pro hac vice*)<br>herriges@fr.com<br>Conrad A. Gosen (*pro hac vice*)<br>gosen@fr.com<br>Brianna L. Chamberlin (*pro hac vice*)<br>chamberlin@fr.com<br>FISH & RICHARDSON P.C.<br>3200 RBC Plaza<br>60 South 6th Street<br>Minneapolis, MN 55402<br>Telephone: (612) 335-5070<br>Facsimile: (612) 288-9696<br><br>Steven McMahon Zeller (IL 6238416)<br>szeller@dykema.com<br>DYKEMA GOSSETT PLLC<br>10 South Wacker Drive<br>Suite 2300<br>Chicago, IL 60606<br>Telephone: (312) 627-2272<br><br>*Attorneys for Defendants General Motors Company, GM Global Technology Operations, LLC and General Motors, LLC* |

**CERTIFICATE OF SERVICE**

 I certify that a copy of the foregoing document was served via ECF on August 1, 2022, upon all counsel of record.

 */s/ Gloria Rios*
 Gloria Rios, Paralegal