IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LKQ CORPORATION, and KEYSTONE AUTOMOTIVE INDUSTRIES, INC. | ) ) ) ) | Case No. 1:20-cv-2753 Honorable Thomas M. Durkin |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | |
| GENERAL MOTORS COMPANY, GM GLOBAL TECHNOLOGY OPERATIONS, LLC, and GENERAL MOTORS, LLC | ) ) ) ) ) | |
| Defendants. | ) | |

**JOINT PROPOSAL REGARDING DISCOVERY CLOSURE**

Plaintiffs' LKQ Corporation and Keystone Automotive Industries, Inc. (collectively "LKQ") and GM Global Technology Operations, LLC, and General Motors, LLC (collectively "GM") (together "the Parties") hereby provide their joint proposal for a revised discovery closure date in accord with this Court's August 2, 2022 minute entry (Dkt. No. 246):

On July 26, 2022, the parties conducted a mediation presided over by Judge James Holderman. The parties did not reach a settlement agreement. Accordingly, the parties have requested that (a) Judge Durkin rule on LKQ's fully briefed Motion for Sanctions (Dkt. Nos. 202 and 203); and (b) that Judge Durkin set a status conference shortly after the ruling on said motion to discuss whether summary judgment briefing will be necessary and if so, a schedule for same.

Given these requests, and given the current case status, the parties will not be in a position to complete expert discovery as currently scheduled, by October 27, 2022. In order to facilitate resolution of LKQ's Motion for Sanctions and the parties' summary judgment briefing, both of which may impact the damages and willfulness issues in this case, the parties respectfully request

1

this Court strike all the dates included in its October 7, 2021 minute order (Dkt. No. 159) and re-set the remaining deadlines as follows:

|  | **Current Deadline** | **New Deadline** |
|---|---|---|
| Deadline for a party to determine if it will rely on an advice of counsel defense to a charge of willful infringement, and if so, to produce any discovery previously withheld as privileged that is related to any such defense. | One week after issuance of a dispositive motion order. | One week after issuance of a dispositive motion order. |
| Service of opening expert reports on damages and willfulness. | 8/18/22 | 2/10/23 |
| Service of rebuttal expert reports on damages and willfulness. | 9/29/22 | 3/23/23 |
| Close of expert discovery regarding damages and willfulness. | 10/27/22 | 4/20/23 |

Dated: August 3, 2022 Respectfully submitted,

*/s/ Michael P. Bregenzer*
Barry F. Irwin, P.C.
Michael P. Bregenzer
Robyn Bowland
Nicholas Wheeler
Andrew C. Himebaugh
Daniel Zhang
IRWIN IP LLC
150 N. Wacker Drive, Ste 700
Chicago, IL 60606
Telephone: (312) 667-6080
birwin@irwinip.com
mbregenzer@irwinip.com
rbowland@irwinip.com
nwheeler@irwinip.com
ahimebaugh@irwinip.com
dzhang@irwinip.com

*Attorneys for Plaintiffs LKQ Corporation & Keystone Automotive Industries, Inc.*

*/s/ Conrad A. Gosen*
John C. Adkisson (*pro hac vice*)
adkisson@fr.com
Joseph A. Herriges (*pro hac vice*)
herriges@fr.com
Conrad A. Gosen (*pro hac vice*)
gosen@fr.com
Brianna L. Chamberlin (*pro hac vice*)
chamberlin@fr.com
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South 6th Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Steven McMahon Zeller (IL 6238416)
szeller@dykema.com
DYKEMA GOSSETT PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
Telephone: (312) 627-2272

*Attorneys for Defendants General Motors Company, GM Global Technology Operations, LLC and General Motors, LLC*

**CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing document was served via ECF on August 3, 2022, upon all counsel of record.

                                                               */s/ Gloria Rios*
                                                               Gloria Rios, Paralegal