IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LKQ CORPORATION, and KEYSTONE AUTOMOTIVE INDUSTRIES, INC. <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL MOTORS COMPANY, GM GLOBAL TECHNOLOGY OPERATIONS, LLC, and GENERAL MOTORS, LLC <br><br> Defendants. | Case No. 1:20-cv-2753 <br><br> Honorable Thomas M. Durkin |

**JOINT MOTION TO RE-SET
DAMAGES EXPERT AND WILLFULNESS DISCOVERY SCHEDULE**

Plaintiffs LKQ Corporation and Keystone Automotive Industries, Inc. (collectively "LKQ") and GM Global Technology Operations, LLC, and General Motors, LLC (collectively "GM") (together "the Parties") hereby move this Court to re-set the schedule regarding damages and willfulness discovery.

**I.       BACKGROUND**

   **A.     Status of Discovery**

All fact discovery has been completed. Liability expert discovery has been completed. The only discovery that remains outstanding is:

(1) Production of any discovery previously withheld as privileged that is related to an advice of counsel defense to GM's allegations of willful infringement. At present, this deadline is set as, "One week after issuance of a dispositive motion order." Dkt. No. 248. The parties do not seek any change to this deadline.

(2) Service of opening expert reports on damages and willfulness. Currently, the deadline for service of opening expert reports on damages and willfulness is February 10, 2023. As explained in more detail below, in lieu of a specific date, the parties seek to change this deadline to track the deadline included in Judge Durkin's initial scheduling order: "4 weeks after the issuance of a dispositive motion order." Dkt. No. 60.

(3) Service of rebuttal expert reports on damages and willfulness. Currently, the deadline for service of opening expert reports on damages and willfulness is March 23, 2023. As explained in more detail below, in lieu of a specific date, the parties seek to change this deadline to track the deadline included in Judge Durkin's initial scheduling order: "6 weeks after the service of opening expert report." Dkt. No. 60.

(4) Close of expert discovery regarding damages and willfulness. Currently, the deadline for the close of expert discovery regarding damages and willfulness is April 20, 2023. As explained in more detail below, in lieu of a specific date, the parties seek to change this deadline to track the deadline included in Judge Durkin's initial scheduling order: "4 weeks after service of rebuttal reports." Dkt. No. 60.

**B. Current Case Status**

On April 25, 2022, the parties participated in an off-the-record summary judgment conference. Dkt. No. 240. Based on that conference, an agreement was reached as to which issues were appropriate for motions for summary judgment. However, given that LKQ had a pending motion seeking case dispositive sanctions, Judge Durkin suggested that he resolve that motion before commencing summary judgment briefing. Judge Durkin also suggested the parties consider mediation.

On July 26, 2022, the parties conducted a mediation with Judge James Holderman. The mediation was unsuccessful. Accordingly, via an August 1, 2022 joint status report, the parties advised Judge Durkin that they had not reached a settlement agreement and asked him to decide the Motion for Sanctions. Dkt. No. 245.

On October 25, 2022, Judge Durkin denied LKQ's Motion for Sanctions, although he did state that "if LKQ can show substantive prejudice because of the missing Lacks and Norplas RFQs

and/or responses, this Court would consider a jury instruction narrowly tailored to alleviate that prejudice." Dkt. No. 249.

Based on this denial, on November 1, 2022, the parties submitted a joint status report and request for a briefing schedule. Dkt. No. 250. On November 2, 2022, Judge Durkin rejected the parties' proposed schedule, and directed the parties to "confer and propose a briefing schedule in which the parties each file combined briefs in support of and in opposition to their motions for summary judgment as well as agreed page limits." Dkt. No. 252. The parties are in the process of conferring and will shortly propose a briefing schedule to Judge Durkin as well as agreed page limits.

In the interim, on November 2, 2022, the parties appeared before Magistrate Judge Cole for a status conference during which the parties discussed the need to adjust the damages and willfulness discovery deadlines. Magistrate Judge Cole asked the parties to file a motion setting forth (a) the current status of discovery; and (b) a request as to exactly what the parties sought in terms of new deadlines for damages and willfulness.

## II. REQUEST TO RESET THE DAMAGES AND WILLFULNESS DISCOVERY SCHEDULE

Given the fact that Judge Durkin has not yet entered a briefing schedule as to summary judgment motions, and given the fact that the parties do not know the specific date when Judge Durkin will issue his ruling on those summary judgment motions, the parties request:

(1) That this Court strike the current deadlines for (1) LKQ to determine if it will rely on an advice of counsel defense to a charge of willful infringement, and if so, to produce any discovery previously withheld as privileged that is related to any such defense; (2) for service of opening and rebuttal expert reports on damages and willfulness; and (3) the close of expert discovery regarding damages and willfulness as currently set in this Court's minute order dated August 4, 2022. Dkt. No. 248.

3

    (2)    That this Court re-set the foregoing deadlines as follows:

        (a)    Deadline for a party to determine if it will rely on an advice of counsel defense to a charge of willful infringement, and if so, to produce any discovery previously withheld as privileged that is related to any such defense:  One week after issuance of a dispositive motion order.

        (b)    Service of opening expert reports on damages and willfulness:  4 weeks after the issuance of a dispositive motion order.

        (c)    Service of rebuttal expert reports on damages and willfulness: 6 weeks after the service of opening expert reports on damages and willfulness.

        (d)    Close of expert discovery regarding damages and willfulness: 4 weeks after service of rebuttal reports on damages and willfulness.

The parties note that the foregoing schedule parallels that which Judge Durkin entered initially.

*See* Dkt. No. 60.

Dated: November 3, 2022 Respectfully submitted,

By: */s/Michael P. Bregenzer*
Barry F. Irwin, P.C.
Michael P. Bregenzer
Robyn Bowland
Nicholas Wheeler
Andrew C. Himebaugh
Daniel Zhang
**IRWIN IP LLC**
150 N. Wacker Drive, Ste 700
Chicago, IL 60606
Telephone: (312) 667-6080
birwin@irwinip.com
mbregenzer@irwinip.com
rbowland@irwinip.com
nwheeler@irwinip.com
ahimebaugh@irwinip.com
dzhang@irwinip.com

*Attorneys for Plaintiffs LKQ Corporation & Keystone Automotive Industries, Inc*

By: */s/Conrad A. Gosen*
John C. Adkisson (*pro hac vice*)
adkisson@fr.com
Joseph A. Herriges (*pro hac vice*)
herriges@fr.com
Conrad A. Gosen (*pro hac vice*)
gosen@fr.com
Brianna L. Chamberlin (*pro hac vice*)
chamberlin@fr.com
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South 6th Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Steven McMahon Zeller (IL 6238416)
szeller@dykema.com
DYKEMA GOSSETT PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
Telephone: (312) 627-2272

*Attorneys for Defendants General Motors Company, GM Global Technology Operations, LLC and General Motors, LLC*

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing document was served via ECF on November 3, 2022, upon all counsel of record.

                                                */s/ Gloria Rios*
                                                Gloria Rios