**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

LKQ Corporation, et al.

                                        Plaintiff,

v.                                                              Case No.: 1:20−cv−02753
                                                                Honorable Thomas M. Durkin

General Motors Company, et al.

                                        Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 7, 2022:

        MINUTE entry before the Honorable Jeffrey Cole: The Joint Motion To Re−Set
Damages Expert And Willfulness Discovery Schedule [253] is granted. The deadlines are
reset in accordance with Paragraph (2) (a)−(d) of the Joint motion, and are as follows: (a)
Deadline for a party to determine if it will rely on an advice of counsel defense to a charge
of willful infringement, and if so, to produce any discovery previously withheld as
privileged that is related to any such defense: One week after issuance of a dispositive
motion order; (b) Service of opening expert reports on damages and willfulness: 4 weeks
after the issuance of a dispositive motion order; (c) Service of rebuttal expert reports on
damages and willfulness: 6 weeks after the service of opening expert reports on damages
and willfulness; (d) Close of expert discovery regarding damages and willfulness: 4 weeks
after service of rebuttal reports on damages and willfulness. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.