IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LKQ CORPORATION, and <br> KEYSTONE AUTOMOTIVE <br> INDUSTRIES, INC. | ) <br> ) <br> ) | Case No. 1:20-cv-2753 <br><br> Honorable Thomas M. Durkin |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | |
| GENERAL MOTORS COMPANY, <br> GM GLOBAL TECHNOLOGY <br> OPERATIONS, LLC, and <br> GENERAL MOTORS, LLC | ) ) ) ) ) | |
| Defendants. | ) | |

**OPPOSED MOTION FOR LEAVE
TO FILE AN OVERLENGTH BRIEF PURSUANT TO L.R. 7.1**

Plaintiffs LKQ Corporation and Keystone Automotive Industries, Inc. (collectively "LKQ") hereby move this Court: (1) for leave to file a single overlength brief of up to 50 pages in support of the four summary judgment motions discussed with this Court on April 25, 2022, during an off-the-record summary judgment conference; (2) for leave to include up to 300 numbered paragraphs in LKQ's Rule 56.1(a)(2) Statement of Material Facts in support of the foregoing summary judgment motions; and (3) for leave to file a single overlength reply brief not to exceed 30 pages in support of those same four summary judgment motions. In support of said motion, LKQ files concurrently herewith its Memorandum in Support of Opposed Motion for Leave to File an Overlength Brief Pursuant to L.R. 7.1.

WHEREFORE, for the reasons set forth above, LKQ respectfully requests this Court grant the instant motion and enter an order: (1) granting LKQ leave to file a single overlength brief of up to 50 pages in support of its four summary judgment motions; (2) granting LKQ leave to include

1

up to 300 numbered paragraphs in LKQ's Rule 56.1(a)(2) Statement of Material Facts in support of the foregoing summary judgment motions; and (3) granting LKQ leave to file an overlength reply brief not to exceed 30 pages in support of those same four summary judgment motions.

Dated: November 14, 2022            Respectfully submitted,

By: */s/ Michael P. Bregenzer*
Barry F. Irwin, P.C.
Michael P. Bregenzer
Robyn Bowland
Andrew Himebaugh
Nicholas Wheeler
Daniel Zhang
**IRWIN IP LLC**
150 N Wacker Dr, Ste 700
Chicago, IL 60606
Tel.: (312) 667-6080
birwin@irwinip.com
mbregenzer@irwinip.com
rbowland@irwinip.com
ahimebaugh@irwinip.com
nwheeler@irwinip.com
dzhang@irwinip.com

*Attorneys for Plaintiffs LKQ Corporation & Keystone Automotive Industries, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was served via ECF on November 14, 2022, upon all counsel of record.

*/s/ Gloria Rios*
Gloria Rios