**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
Eastern Division**

LKQ Corporation, et al.
                              Plaintiff,

v.                                                    Case No.: 1:20−cv−02753
                                                          Honorable Thomas M. Durkin

General Motors Company, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 28, 2022:

      MINUTE entry before the Honorable Thomas M. Durkin: The Court grants in part LKQ's Opposed Motion for Leave to File an Overlength Brief Pursuant to L.R. 7.1 [255], however, opening briefs must be limited to 40 pages, response briefs to 40 pages, and reply briefs to 20 pages. The parties must also limit their Rule 56.1 Statements of Material Facts to 160 numbered paragraphs. In light of the parties filing nearly 20 pages of briefing arguing about the number of pages they should be afforded for their summary judgment briefs, the parties are reminded that the local rules impose a brevity requirement on both movants and non−movants. Barth v. Vill. of Mokena, No. 03 C 6677, 2006 WL 862673, at *8 (N.D. Ill. Mar. 31, 2006). Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.