**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LKQ CORPORATION, and KEYSTONE AUTOMOTIVE INDUSTRIES, INC. | ) ) ) | Case No. 1:20-cv-2753 |
| | ) | Honorable Thomas M. Durkin |
| Plaintiffs, | ) ) | Honorable Jeffrey Cole |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| | ) ) | |
| GENERAL MOTORS COMPANY, GM GLOBAL TECHNOLOGY OPERATIONS, LLC, and GENERAL MOTORS, LLC | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**LKQ'S MOTION TO EXCLUDE CERTAIN PORTIONS OF**
**THE EXPERT WITNESS TESTIMONY OF CRAIG METROS**

Plaintiffs LKQ Corporation and Keystone Automotive Industries, Inc. hereby respectfully

move the Court to exclude (1) the entirety of the proposed testimony disclosed in the Opening

Report of Craig Metros, and (2) the proposed testimony disclosed in ¶¶ 15, 29-248, and 262-269

of the Rebuttal Report of Craig Metros.

The arguments and evidence in support of this Motion are set forth in the supporting

Memorandum of Law, Declaration of Michael P. Bregenzer, and Exhibits attached thereto.

1

Dated: December 16, 2022                Respectfully submitted,

By: */s/ Barry F. Irwin*

Barry F. Irwin, P.C.
Michael P. Bregenzer
Robyn Bowland
Andrew Himebaugh
Nicholas Wheeler
Daniel Zhang
**IRWIN IP LLC**
150 N. Wacker Dr., Ste 400
Chicago, IL 60606
(312) 667-6080
birwin@irwinip.com
mbregenzer@irwinip.com
rbowland@irwinip.com
ahimebaugh@irwinip.com
nwheeler@irwinip.com
dzhang@irwinip.com

*Attorneys for Plaintiffs LKQ Corporation &*
*Keystone Automotive Industries, Inc.*

2

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a copy of the foregoing document was served via ECF on December 16, 2022 upon all counsel of record.


*/s/ Gloria Rios*
Gloria Rios