IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LKQ CORPORATION, and KEYSTONE AUTOMOTIVE INDUSTRIES, INC. | ) ) ) ) | Case No. 1:20-cv-2753 <br><br> Honorable Thomas M. Durkin |
| Plaintiffs, | ) ) | Honorable Jeffrey Cole |
| v. | ) ) ) | **JURY TRIAL DEMANDED** |
| GENERAL MOTORS COMPANY, GM GLOBAL TECHNOLOGY OPERATIONS, LLC, and GENERAL MOTORS, LLC | ) ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT OF INVALIDITY AND NON-INFRINGEMENT**

Plaintiffs LKQ Corporation and Keystone Automotive Industries, Inc. (together "LKQ") hereby respectfully move the Court to grant summary judgment that (1) all of the Asserted Patents are invalid for failure to comply with the requirements of 35 U.S.C. § 171; (2) U.S. Design Patent Nos. D786,743 ("the '743 patent"), D812,532 ("the '532 patent"), and D824,825 ("the '825 patent) are invalid pursuant to 35 U.S.C. § 102 due to public use; (3) the entirety of the design shown in U.S. Design Patent No. D840,285 ("the '285 patent") is functional and therefore invalid; (4) the underside portion of the hood claimed in the '532 patent is functional and therefore makes up no part of claimed design; (5) LKQ Part No. GM1039243 does not infringe the '285 patent; and (6) that LKQ Part Nos. GM1230456 and GM1230456C do not infringe the '532 patent.

1

The arguments and evidence in support of this Motion are set forth in the supporting Memorandum of Law, Statement of Undisputed Material Facts, Declaration of Mike Bregenzer, and Exhibits attached thereto.

Dated: December 16, 2022              Respectfully submitted,

By: */s/ Barry F. Irwin*
Barry F. Irwin, P.C.
Michael P. Bregenzer
Robyn Bowland
Andrew Himebaugh
Nicholas Wheeler
Daniel Zhang
**IRWIN IP LLC**
150 N. Wacker Dr., Ste 400
Chicago, IL 60606
(312) 667-6080
birwin@irwinip.com
mbregenzer@irwinip.com
rbowland@irwinip.com
ahimebaugh@irwinip.com
nwheeler@irwinip.com
dzhang@irwinip.com

*Attorneys for Plaintiffs LKQ Corporation & Keystone Automotive Industries, Inc.*

## **CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing document was served via ECF on December 16, 2022 upon all counsel of record.

                                                 */s/ Gloria Rios*
                                                 Gloria Rios