IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LKQ CORPORATION, and KEYSTONE AUTOMOTIVE INDUSTRIES, INC. | ) ) ) | Case No. 1:20-cv-2753 |
| | ) | Honorable Thomas M. Durkin |
| Plaintiffs, | ) ) | Honorable Jeffrey Cole |
| v. | ) ) ) ) | |
| GENERAL MOTORS COMPANY, GM GLOBAL TECHNOLOGY OPERATIONS, LLC, and GENERAL MOTORS, LLC | ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW
APPEARANCES OF TWO ATTORNEYS**

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Plaintiffs LKQ Corporation and Keystone Automotive Industries, Inc., by their attorneys, respectfully request that this Court grant Christopher D. Eggert and Manon Burns leave to withdraw their appearance as attorneys of record in this matter. In support of this motion, Plaintiffs state as follows:

1. On May 7, 2020, Christopher D. Eggert and Manon Burns filed appearances on behalf of Plaintiffs.

2. Mr. Eggert and Mr. Burns have left the firm of Irwin IP LLP.

3. Plaintiffs will continue to be represented by counsel from the firm Irwin IP LLP.

WHEREFORE, Plaintiffs respectfully request that the Court grant Christopher D. Eggert and Manon Burns leave to withdraw as the attorneys of record in this action.

Dated: February 22, 2023 　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　By: */s/ Michael P. Bregenzer*
　　　　　　　　　　　　　　　　　　　　　　Barry F. Irwin, P.C.
　　　　　　　　　　　　　　　　　　　　　　Michael P. Bregenzer
　　　　　　　　　　　　　　　　　　　　　　Robyn Bowland
　　　　　　　　　　　　　　　　　　　　　　**IRWIN IP LLP**
　　　　　　　　　　　　　　　　　　　　　　150 N. Wacker Dr., Ste. 700
　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　　　　(312) 667-6080
　　　　　　　　　　　　　　　　　　　　　　birwin@irwinip.com
　　　　　　　　　　　　　　　　　　　　　　mbregenzer@irwinip.com
　　　　　　　　　　　　　　　　　　　　　　rbowland@irwinip.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs LKQ Corporation &*
　　　　　　　　　　　　　　　　　　　　　　*Keystone Automotive Industries, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was served via ECF on February 22, 2023 upon all counsel of record.

*/s/ Gloria Rios*
Gloria Rios