# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

LKQ Corporation, et al.

                                  Plaintiff,

v.                                                             Case No.: 1:20−cv−02753

                                                                     Honorable Jeremy C. Daniel

General Motors Company, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 17, 2025:

      MINUTE entry before the Honorable Jeremy C. Daniel: Motion hearing held. Pursuant to Notice of Withdrawal [550], plaintiffs' opposed motion to disqualify Fish & Richardson [447] is denied as withdrawn; LKQ's motion to strike [466] is denied as moot. The joint motion to stay deadlines pending resolution of motion to disqualify [546] is denied as moot. The evidentiary hearing set for 7/24/2025 is stricken. Mailed notice.(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.